UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| SARAH KEIM,<br><br>    Plaintiff,<br><br>v.<br><br>WOODFORD COUNTY, et al.,<br><br>    Defendants. | No. 1:23-cv-01156-JBM-JEH |

### ENTRY OF APPEARANCE

**To:** The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as lead counsel for:

**Woodford County, Illinois**
**John Krug, in his official capacity as Woodford County Board Chairman[1]**

**Date:** April 20, 2023

                              By:    *s/Joseph D. Bracey, Jr.*

                                      Joseph D. Bracey, Jr. #6322428
                                      IFMK Law, Ltd.
                                      650 Dundee Road, Suite 475
                                      Northbrook, IL 60062
                                      Phone:  847-291-0200
                                      E-mail:  jbracey@ifmklaw.com

---

[1] Chuck Nagle is the current Woodford County Board Chairman. To the extent plaintiff has named John Krug as a defendant, only in his official capacity, substitution is automatic pursuant to Federal Rule of Civil Procedure 25(d).

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| SARAH KEIM, | |
| Plaintiff, | No. 1:23-cv-01156-JBM-JEH |
| v. | |
| WOODFORD COUNTY, et al., | |
| Defendants. | |

### CERTIFICATE OF SERVICE

I certify that on April 20, 2023, I caused the foregoing **Entry of Appearance by Attorney Bracey**, to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to the following registered participant(s):

**Jason William Jording**
James Kelly Law Firm
jasonj@jameskellylawfirm.com
*Attorney for plaintiff*

By: *s/Joseph D. Bracey, Jr.*