IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| SARAH KEIM, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TIM ABNEY, Woodford County Animal ) <br> Control Administrator, in his personal and ) <br> official capacity, et al., ) <br> ) <br>     Defendants. ) | Case No. 23-CV-1156-JBM-JEH |

**SECOND MOTION FOR AN EXTENSION OF TIME
TO FILE RESPONSIVE PLEADING**

NOW COMES defendant TIM ABNEY, by and through his attorney, John P. Heil, Jr. of HEYL, ROYSTER, VOELKER & ALLEN, P.C., and requests a second extension of time to file his responsive pleading, stating in support as follows:

1. Defendant Tim Abney was served with summons and the Complaint in this matter on or about June 18, 2023. Doc. 13.

2. The undersigned counsel was retained to represent Mr. Abney on July 10, 2023 and at that time entered his appearance and filed a consent motion for a 30-day extension of time to file a responsive pleading. Docs. 16, 17.

3. The Court entered a Text Order on July 11, 2023 granting the motion and establishing today—August 9, 2023—as the new responsive pleading deadline.

4. Due to a number of reasons, including scheduling issues experienced by the undersigned and the complexity of the Federal constitutional and state law claims presented in the Plaintiff's eight-count complaint, the undersigned finds he is not yet in a position to file Mr. Abney's responsive pleading.

2

5. The undersigned contacted counsel for the Plaintiff by email this morning to determine whether the Plaintiff will object to an additional seven-day extension of time, but has received no response as of this writing.

6. Having reviewed the Court's docket in this matter, it does not appear that any party would be prejudiced by an additional one-week extension of the responsive pleading deadline.

WHEREFORE, defendant TIM ABNEY respectfully requests an extension of his responsive pleading deadline to **August 16, 2023** and for any such other and further relief as the Court deems appropriate.

                                            TIM ABNEY, Woodford County Animal Control
                                            Administrator, in his personal and official capacity

                                                                s/ John P. Heil, Jr.
                                                                 John P. Heil, Jr. #6237286

HEYL, ROYSTER, VOELKER & ALLEN, P.C.
300 Hamilton Blvd.
P.O. Box 6199
Peoria, IL 61602
309.676.0400 Phone
309.420.0402 Fax
Email:  jheil@heylroyster.com
Secondary Email: peoecf@heylroyster.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 9, 2023, I caused to be electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system which will send notification to all registered CM/ECF participants:

Jason W. Jording
JAMES KELLY LAW FIRM, PC
7817 N. Knoxville Ave.
Peoria, IL 61614
jasonj@jameskellylawfirm.com
*Attorney for Plaintiff Sarah Keim*

Joseph N .Rupcich
Bradley J. Taylor
CASSIDAY SCHADE LLP
3100 Montvale Drive
Springfield, IL 62704
jrupcich@cassiday.com
bjtaylor@cassiday.com
*Attorneys for Defendant Peterson Vet Inc.*

Joseph D. Bracey, Jr.
IFMK LAW, LTD.
650 Dundee Road, Suite 475
Northbrook, IL 60062
jbracey@ifmklaw.com
*Attorney for Defendants Woodford County and John Krug*

                    s/ John P. Heil, Jr.

43135752_1